IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVAN PLESAKOV, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 22-382 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| ORLANDO HARPER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 8, 2022, the Magistrate Judge issued a Report (Doc. 5) recommending that the Petition for Writ of Habeas Corpus be dismissed, and that a certificate of appealability be denied. Service of the Report and Recommendation ("R&R") was made on Petitioner, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is **DISMISSED**, a certificate of appealability is denied and the Magistrate Judge's R&R (Doc. 5) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


July 27, 2022	s\Cathy Bissoon
	Cathy Bissoon
	United States District Judge

cc (via First-Class U.S. Mail):

Ivan Plesakov
173993
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA  15219